## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Stuart Schwartz,

      Plaintiff,

vs.

Case No. 2:09-cv-13738-PJD-VMM
Hon. Patrick J. Duggan

Comcast Cable Holdings, LLC,
Comcast Cable, Credit Protection
Association, L.P., jointly and severally,

      Defendants.

---

| BRENT LEDER PLC | BODMAN LLP |
|---|---|
| By:    Brent Jonathan Leder (P70866) | By:    J. Adam Behrendt (P58607) |
| 5116 Cohoctah Pl. |         Michelle A. Carter (P69485) |
| Waterford, MI 48327 | 201 W. Big Beaver Road, Suite 500 |
| (248) 763-1423 | Troy, Michigan 48084 |
| Attorney for Plaintiff | (248) 743-6000 |
| | Attorneys for Defendants Comcast Cable |
| | Holdings, LLC and Comcast Cable |

---

### DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT CREDIT PROTECTION ASSOCIATION

At a session of the Court, held in the
City of Detroit, State of Michigan,
on: April 29, 2010.

PRESENT: The Honorable Patrick Duggan

      Plaintiff having filed a motion for Entry of Default Judgment Against Credit Protection Association, LP, the Court having set the motion for hearing, Plaintiff having provided Credit Protection Association with the Notice of Hearing, Credit Protection Association having failed to respond to the Motion, and the Court being fully advised in the premises and for the reasons stated on the record

IT IS HEREBY ORDERED, that Credit Protection Association, LP shall pay Plaintiff $1,000 (ONE THOUSAND DOLLARS) in Statutory Damages.

IT IS FURTHER ORDERED, that Credit Protection Association, LP shall pay Plaintiff $1,000 (ONE THOUSAND DOLLARS) in attorneys fees, and costs incurred

This is a Final Order and closes the case.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: April 29, 2010April 29, 2010
I hereby certify that a copy of the foregoing document was served upon counsel of record on April 29, 2010April 29, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager